## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| KATHLEEN MORGAN, | : CASE NO. 18-10316-JKF |
| | : |
| DEBTOR | : |
| | : |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : OBJECTION TO PLAN |
| | : |
| MOVANT | : |
| | : |
| V. | : |
| | : |
| KATHLEEN MORGAN, | : |
| | : |
| RESPONDENT | : RELATED TO DOCKET NO. 24 |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA DEPARTMENT OF REVENUE'S OBJECTION TO DEBTOR'S PROPOSED CHAPTER 13 PLAN

I, Jim Peavler, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Proposed Chapter 13 Plan, on the parties at the below addresses, on May 16, 2018, by:

**18-10316-JKF Notice will be electronically mailed to:**

Jim Peavler at RA-occbankruptcy1@state.pa.us, RA-occbankruptcy6@state.pa.us

Office of the United States Trustee at ustpregion03.ph.ecf@usdoj.gov

Frederick L. Reigle at ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

Kevin G. McDonald at bkgroup@kmllawgroup.com

Jason C. Manfrey at jmanfrey@foxrothchild.com, brian-oneill-foxx-5537@ecf.pacerpro.com, jdistanislao@foxrothchild.com

Joseph F. Claffy at claffylaw@gmail.com, claffylaw@aol.com, claffylawecf@gmail.com

**18-10316-JKF Notice will not be electronically mailed to:**

Synchrony Bank
c/o PRA Receivables Management LLC
PO Box 41021
Norfolk, VA  23541


EXECUTED ON: May 16, 2018

                                          Respectfully submitted by,


                       By:    /s/ Jim Peavler
                             Counsel
                             PA Department of Revenue
                             Office of Chief Counsel
                             Dept. 281061
                             Harrisburg, PA 17128-1061
                             PA I.D.  320663
                             Phone:  717-787-2747
                             Facsimile:  717-772-1459
                             jpeavler@pa.gov