UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :
:
    KATHLEEN MORGAN : Bankruptcy No.  18-10316JKF
:
Debtor(s) : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed without prejudice.

FOR THE COURT

**Date: November 7, 2018**

Jean K. FitzSimon, B. J.

Interested parties:

William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue
Reading, PA 19606-0410

Joseph F. Claffy, Esq.
Joseph F. Claffy & Associates
26 S. Church Street, ST 1 South
West Chester, PA 19382

Kathleen Morgan
9 West Shore Court
Landenberg, PA 19350