United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-10316-jkf
Kathleen Morgan                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2          Date Rcvd: Nov 07, 2018
                              Form ID: pdf900          Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2018.
db           +Kathleen Morgan,    9 West Shore Court,    Landenberg, PA 19350-9333
14060135     +BYL Collections,    301 Lacey St,    West Chester, PA 19382-3727
14060134     +Bank of America Home Loans,    450 American Street,    Simi Valley, CA 93065-6285
14080394      Bank of America, N.A.,    P.O. Box 31785,    Tampa, FL 33631-3785
14060136     +FEDLOAN SERVICING,    P.O. Box 60610,    Harrisburg, PA 17106-0610
14076942     +Geoffrey Scott,    Seth A. Niederman, Esq., Fox Rothschild,    919 N. Market Street, Suite 300,
               Wilmington, DE 19801-3068
14049684     +SANTANDER CONSUMER USA,    P.O. Box 961245,    Fort Worth, TX 76161-0244
14060138     +Santander Consumer USA,    8585 N Stemmons Freeway,    Suite 11,   Dallas, TX 75247-3836
14177328     +Santander Consumer USA Inc.,    c/o WILLIAM EDWARD CRAIG,    Morton & Craig,
               110 Marter Avenue, Suite 301,    Moorestown, NJ 08057-3125
14076941     +Seth A. Niederman, Esq.,    Fox Rothschild LLP,    919 N. Market Street, Suite 300,
               Wilmington, DE 19801-3068
14060139     +Somerset Lake Service Corporation,    c/o Brandywine Valley Properties,    P.O. Box 7367,
               Wilmington, DE 19803-0367
14070263      U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
               Harrisburg, PA 17106-9184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: megan.harper@phila.gov Nov 08 2018 02:38:07     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 08 2018 02:38:04     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           +E-mail/Text: bncmail@w-legal.com Nov 08 2018 02:37:58     Synchrony,
               c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
cr           +E-mail/PDF: gecsedi@recoverycorp.com Nov 08 2018 02:39:18     Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14077757     +E-mail/Text: bncmail@w-legal.com Nov 08 2018 02:37:58     COMENITY CAPITAL BANK,
               C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14060137     +E-mail/Text: cio.bncmail@irs.gov Nov 08 2018 02:37:33     Internal Revenue Service,
               Insolvency Unit,    600 Arch Street,    Philadelphia, PA 19106-1611
14081473      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 08 2018 03:01:21
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14042749     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 08 2018 02:39:29
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14072175      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 08 2018 02:37:40
               Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, Pa. 17128-0946
14076289      E-mail/Text: bnc-quantum@quantum3group.com Nov 08 2018 02:37:38
               Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
14217457     +E-mail/Text: bncmail@w-legal.com Nov 08 2018 02:37:58     SYNCHRONY BANK,
               c/o Weinstein & Riley, P.S.,    2001 Western Ave, Ste 400,    Seattle, WA 98121-3132
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA 17128-0946
cr*          +Santander Consumer USA Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
                                                                                       TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2018                                      Signature:  /s/Joseph Speetjens

```
District/off: 0313-2            User: Antoinett              Page 2 of 2                   Date Rcvd: Nov 07, 2018
                                Form ID: pdf900              Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JASON CHRISTOPHER MANFREY    on behalf of Creditor Geoffrey  Scott jmanfrey@foxrothchild.com,
               brian-oneill-fox-5537@ecf.pacerpro.com;jdistanislao@foxrothchild.com
              JIM  PEAVLER    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              JOSEPH F. CLAFFY    on behalf of Debtor Kathleen  Morgan claffylaw@gmail.com,
               claffylaw@aol.com;claffylawecf@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor   Santander Consumer USA Inc.
               ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                 TOTAL: 10
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :
                                          :
    KATHLEEN MORGAN         : Bankruptcy No.  18-10316JKF
                                          :
    Debtor(s)               : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed without prejudice.

FOR THE COURT

**Date: November 7, 2018**

_____
Jean K. FitzSimon, B. J.

Interested parties:

William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue
Reading, PA 19606-0410

Joseph F. Claffy, Esq.
Joseph F. Claffy & Associates
26 S. Church Street, ST 1 South
West Chester, PA 19382

Kathleen Morgan
9 West Shore Court
Landenberg, PA 19350